**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-24-00106-CV**
_____


**IN RE PRISCILLA GRAHAM INDIVIDUALLY
AND A/N/F OF MINOR CHILD E.S.**

_____

**Original Proceeding
457th District Court of Montgomery County, Texas
Trial Cause No. 20-02-02797-CV**

_____

**MEMORANDUM OPINION**

In a petition for a writ of mandamus, Priscilla Graham Individually and as next friend of Minor Child E.S. argued that the trial court abused its discretion by signing a temporary restraining order against all post-judgment discovery. On April 9, 2024, the Clerk of the Court issued a letter that notified the parties that the trial court had signed a temporary injunction in a bill of review proceeding in Trial Court Case Number 24-01-01649-CV, the appellate court had docketed the accelerated appeal from the temporary injunction as Appeal Number 09-24-00115-CV, and that this mandamus proceeding would be dismissed as moot unless a party filed a written

1

response showing grounds for continuing this original proceeding. No party responded to the Clerk's notice.

We conclude that this original proceeding has become moot, no exception to the doctrine of mootness applies, and we lack jurisdiction over this original proceeding. Accordingly, we dismiss the petition for a writ of mandamus without reference to the merits.

PETITION DISMISSED.

PER CURIAM

Submitted on May 8, 2024
Opinion Delivered May 9, 2024

Before Golemon, C.J., Horton and Wright, JJ.